# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARIE SALAS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| v. ) | NO. 1:21-cv-03959-SDG-JCF |
| ) | |
| STATEBRIDGE COMPANY, LLC, ) | |
| RVFM 11 SERIES, LLC, ) | |
| ALAN INVESTMENTS III LLC, ) | |
| VISION PROPERTY MANAGEMENT, ) | |
| LLC, and DSV SPV3, LLC, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COME NOW**, Defendant Statebridge Company, LLC ("Statebridge"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, submits its Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a.    Marie Salas;
    b.    Statebridge Company, LLC.  Statebridge has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

   c. RVFM 11 Series, LLC
   d. Alan Investments III, LLC
   e. Vision Property Management, LLC
   f. DSV SPV3, LLC.

(2) The following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

None.  As it pertains to Statebridge.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a. Plaintiff Marie Salas

    A. Cyclone Covey
    Kneupper & Covey, PC
    4475 Peachtree Lakes Dr.
    Berkeley Lake, GA 30096
    cyclone@kneuppercovey.com

   b. Defendants Statebridge and DSV SPV3, LLC

    Christopher J. Reading
    Dallas R. Ivey
    Aldridge Pite, LLP
    Fifteen Piedmont Center
    3575 Piedmont Road, NE
    Suite 500
    Atlanta, Georgia 30305

Defendant reserve the right to supplement this certificate as necessary.

Dated:      October 1, 2021          **ALDRIDGE PITE, LLP**

                                     By: _/s/ Christopher J. Reading_____
                                     Christopher J. Reading, Esq.
                                     Georgia Bar No. 141761

**ALDRIDGE PITE, LLP**
Fifteen Piedmont Center
3575 Piedmont Road NE, Suite 500
Atlanta, Georgia 30305
Phone:  (404) 994-7460
Fax:  (888) 387-6828
creading@aldridgepite.com

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing was prepared using one of the font and point selections approved by this Court in Local Rule 5.1(C).  Specifically, Times New Roman 14 point font was used.

/s/ Christopher J. Reading

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** by electronically filing the same using the Court's CM/ECF System which will send notification of such filing to the following counsel of record:

A. Cyclone Covey
Kneupper & Covey, PC
4475 Peachtree Lakes Dr.
Berkeley Lake, GA 30096
cyclone@kneuppercovey.com

Alan Investments III, LLC
289 S. Culver Street
Lawrenceville, GA 30046

RVFM 11 Series, LLC
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

Vision Property Management LLC
1111 Belleview St., Suite 107
Columbia, SC 29201

DATED:  October 1, 2021.

/s/ Christopher J. Reading